UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EDDRELL SCOTT,<br><br>      Plaintiff,<br><br>      v.<br><br>BURGER KING, et al.,<br><br>      Defendants. | CASE NO. 1:25-CV-585-HAB-ALT |

## OPINION AND ORDER

Plaintiff, proceeding *pro se*, filed a Complaint in the Southern District of Indiana without prepaying the civil filing fee required by 28 U.S.C. § 1914(a) nor did he file a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a). The suit has been transferred to the Northern District of Indiana, which is the proper venue for a case arising out of conduct in Allen County (ECF No. 5), but the filing fee deficiency remains.

A lawsuit may not be commenced in federal court without payment of the applicable filing fee or a request to proceed without prepayment of the filing fee. Since that has not occurred here, Plaintiff has until December 3, 2025, to resolve this filing fee issue. Plaintiff may either pay the $402 filing fee by that date or file a motion to proceed *in forma pauperis*, if the Plaintiff believes he qualifies for such relief. The Clerk is DIRECTED to send to the Plaintiff a blank AO-239 Application to Proceed in District Court Without Prepaying Fees or Costs. Failure of the Plaintiff to resolve the filing fee issue as directed in this Order will result in DISMISSAL of this action without further notice to Plaintiff.

**SO ORDERED** this 3rd day of November 2025.

                                                s/Holly A. Brady
                                                CHIEF JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT